# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **TERRANCE MAXWELL,** individually and on behalf of all others,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, D/B/A CHARTER COMMUNICATIONS INC. and TIME WARNER CABLE ENTERPRISES LLC**,<br><br>　　　　Defendant. | CASE NO. _____ |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF TERRANCE MAXWELL AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Charter Communications Holding Company, LLC d/b/a Charter Communications Inc. and d/b/a Time Warner Cable Enterprises LLC ("Defendant")[1] hereby removes this action from the Circuit Court of Clinton County, Missouri to the United States District Court for the Western District of Missouri. Removal is based on 28 U.S.C. §§ 1331, 1441, and 1446 on the following grounds:

---

[1] For purposes of this removal, Defendant refers to all of the entities named in Plaintiff's Complaint as "Defendant," and removes this action on behalf of each. However, Defendant does not concede that Plaintiff has correctly named or described the proper defendant(s).

## STATEMENT OF JURISDICTION

1. Removal of this action is proper because Plaintiff Terrance Maxwell's ("Plaintiff") Complaint asserts a federal question cause of action over which this Court has original jurisdiction. Specifically, Plaintiff has purported to assert claims for violation of the Fair Credit Reporting Act, 15 USC § 1681, *et seq.*, a federal statute. Accordingly, this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441.

2. This Notice of Removal is timely under 28 U.S.C. § 1446(b) in that it has been filed within thirty (30) days of service of the Complaint on Defendant on March 20, 2017.

3. Venue is appropriate because the United States District Court for the District of Western Missouri is the federal judicial district in which Plaintiff's action in the Circuit Court of Clinton County is pending.

## PLEADINGS, PROCESS, AND ORDERS

4. On or about March 17, 2017, Plaintiff filed a Complaint in the Circuit Court of Clinton County, Missouri: *Terrance Maxwell, et. al v. Charter Communications Holding Company, LLC*, Case No. 17CN-CV-00160 (hereinafter, the "Complaint").

5. Plaintiff's Complaint purports to assert one cause of action against Defendant for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. (Compl. ¶¶ 47–55.)

6. On March 20, 2017, Plaintiff caused to be served on Defendant a copy of the Complaint. True and correct copies of the filings from the Circuit Court of Clinton County are attached hereto as Exhibit "A."

7. No further proceedings related to this action have been heard or filed in the Circuit Court of Clinton County.

## NOTICE TO PLAINTIFF

8. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Western District of Missouri, written notice of such removal will be served on Plaintiff's counsel of record at Brown & Watkins LLC. In addition, a copy of this Notice of Removal will be filed with the Clerk of the Court for the Circuit Court of Clinton County.

## RESERVATION OF RIGHT TO MOVE TO COMPEL ARBITRATION

9. As will be explained in Defendant's forthcoming motion to compel arbitration, Plaintiff is bound to submit the claims asserted in his Complaint to binding arbitration. Accordingly, Defendant intends, and expressly reserves its right, to promptly move to compel arbitration after removing this matter to federal court.

WHEREFORE, having provided notice as required by law, the above-entitled action should be removed from the Circuit Court of Clinton County.

Respectfully submitted, this 19th day of April, 2017.

**SEYFERTH BLUMENTHAL & HARRIS LLC**

*/s/ Nickalaus Seacord*
Nickalaus Seacord, MO Bar # 63232
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Telephone: (816) 756-0700
Facsimile: (816) 756-3700
Email: nick@sbhlaw.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2017, a true and correct copy of the foregoing document was filed electronically in United States District Court for the Western District of Missouri, with notice of same being electronically served by the CM/ECF system, to all attorneys of record. In addition, a copy of this document has been served via U.S. Mail, postage prepaid, upon the following:

Charles Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 Hwy.
Gower, Missouri 64454

*/s/ Nickalaus Seacord*
Nickalaus Seacord